UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii         RE:  RUSSELL ROSS
United States District Judge            Docket Number:  0972 1:15CR00106-001
Fresno, California                      **REQUEST TO VACATE SPECIAL**
                                        **CONDITION**

Your Honor:

On March 20, 2008, the offender pled guilty to 21 USC 846, 841(a)(1) and (b)(1)(B), Conspiracy to Possess With Intent to Distribute and to Distribute Methamphetamine (District of Wyoming Docket Number 04CR-00186-03D).  The offender was sentenced to a term of 120 months with 3 years of supervised release.  He was ordered to abide by standard conditions of supervision and special conditions, which included condition number 2 and 3, as follows:

2. The defendant shall participate in a program approved by the United States Probation Officer for substance abuse treatment, which may include testing to determine whether the defendant has reverted to the use of controlled substances.  If, prior to his commencement of supervised release, it is later determined by the Court of Appeals that a condition requiring participation in a Narcotics and/or Alcoholics Anonymous program is not a violation of his First Amendment rights, the defendant shall become an active member of Narcotics and/or Alcoholics Anonymous immediately upon his release from custody.  Within thirty days of release, he shall obtain a sponsor and shall sign any necessary releases to permit communication between his sponsor and his supervising U.S. Probation Officer.  The frequency of attendance shall be determined by his clinician and supervising officer, but in no event shall be less than three meetings per week.  Failure to attend shall be deemed a material violation of supervised release.

3. As a component of the defendant's treatment and testing program, the defendant shall pay a one-time fee of $250.00 to partially defray the costs of treatment and/or drug testing.  Monetary payments made by the defendant shall be applied to this fee only after all other court-ordered monetary obligations have been fulfilled.  Payment of the fee shall be made by money order or cashier's check to the Clerk of District Court, 2120 Capitol Avenue, 2nd Floor, Cheyenne, Wyoming 82001, utilizing the payment coupon provided by the probation officer.

RE:     **RUSSELL ROSS**
        Docket Number:   0972 1:15CR00106-001
        <u>**REQUEST TO VACATE SPECIAL CONDITION**</u>

On April 10, 2015, the case was transferred to the Eastern District of California.

The offender has complied with all conditions, including participating in random drug testing and be gainfully employed full-time.  At this time, there is no evidence to indicate that the offender has reverted to drug use.  As the above conditions are mandated, but do not appear appropriate at this time, it is recommended each condition be modified to be at the direction of the probation officer.

                            Respectfully submitted,

                             /s/  Megan Pascual

                               Megan Pascual
                       United States Probation Officer

Dated:   April 27, 2015
         Fresno, California
         MDP/rla


                               /s/  Tim Mechem
**REVIEWED BY:**         **Tim Mechem**
                         **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved            ☐   Disapproved

IT IS SO ORDERED.

Dated:   April 28, 2015                    _____
                                              SENIOR  DISTRICT  JUDGE